CHARLES REDFIELD v. STATE OF NEBRASKA.

FILED FEBRUARY 6, 1894.      No. 5895.

Rape: REVIEW OF EVIDENCE. Where the only question presented was as to the sufficiency of the evidence to sustain the verdict, and there is found ample evidence in its support, the judgment of the district court must be affirmed.

ERROR to the district court for Holt county. Tried below before KINKAID, J.

*R. R. Dickson,* for plaintiff in error.

*George H. Hastings, Attorney General,* for the state.

RYAN, C.

The plaintiff in error, a married man, was tried in the district court of Holt county and found guilty of the crime of rape committed upon the person of Minnie Muesch. At the time the crime charged was committed the victim was of the age of fourteen years. The only question ar-

gued in this court is that the evidence did not sustain the verdict.    On behalf of the plaintiff in error the testimony was in proof of such a condition of drunkenness at the time of the alleged offense as to render physically impossible the crime charged.    Probably owing to a limited knowledge of the English language, the testimony of the prosecuting witness was given in such terms as to preclude its reproduction in print, except, perhaps, in the brief for plaintiff in error, wherein it is given with great apparent gusto.    This testimony, however, was straightforward and convincing, was corroborated by other evidence, the aggregate being amply sufficient to sustain the verdict of the jury.    The judgment of the district court is

AFFIRMED.